# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FATIMA DENISE C. O., | Case No. 26-cv-16 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, *in her official capacity as Attorney General of the Untied States*; KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security*; TODD M. LYONS, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, | |
| Respondents. | |

Petitioner Fatima Denise C. O. is a native and citizen of Mexico who entered the United States in July 2022. *See* ECF No. 1 ¶¶ 44–45. Fatima Denise C. O. was arrested by immigration officials on January 2, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *See id.* ¶ 1. Fatima Denise C. O. alleges that she is being detained pursuant to 8 U.S.C. § 1225(b)(2), which mandates her detention. *See, e.g.*, *id.* ¶ 58. Fatima Denise C. O. alleges that she is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead is entitled to a bond hearing under 8 U.S.C. § 1226(a). *See id.* ¶¶ 48–58.

This Court has concluded that noncitizens similarly situated to Fatima Denise C. O. are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead are entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). Fatima Denise C. O. raises the same legal issues and requests the same relief granted in those cases—namely, an order requiring Respondents (the "Government") to conduct a bond hearing.[1] *See* ECF No. 1 ¶¶ 48–66; *id.* at 17.

This Court will not depart from its reasoning in *Roberto M. F.* and *Victor Hugo D. P.* Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government is directed to file an answer to the Petition for a Writ of Habeas Corpus (ECF No. 1) on or before Thursday, January 8, 2026, certifying the true cause and proper duration of Fatima Denise C. O.'s confinement and showing cause why the writ should not issue in this case;

2. The Government's answer must include:

---

[1] The Court notes that Fatima Denise C. O. appears to request preliminary emergency relief as well—for example, an order restraining the Government from transferring her outside of this District while her Petition is pending. *See, e.g.*, ECF No. 1 ¶ 2. To the extent Fatima Denise C. O. seeks this preliminary emergency relief, the Court reminds her that she must request such relief in accordance with Federal Rule of Civil Procedure 65 and Local Rule 7.1(d).

      a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Fatima Denise C. O.'s detention in light of the issues raised in her Petition;

      b.    A reasoned memorandum of law and fact explaining the Government's legal position on Fatima Denise C. O.'s claims;

      c.    The Government's recommendation on whether an evidentiary hearing should be conducted; and

      d.    A good-faith argument as to whether—and if so, why—this matter is *materially* distinguishable, either factually or legally, from *Roberto M. F.* or *Victor Hugo D. P.*

3. If Fatima Denise C. O. intends to file a reply to the Government's answer, she must do so on or before Monday, January 12, 2026; and

4. No further submissions from either party will be permitted except as authorized by Court order.

Dated: January 5, 2026                         *s/Laura M. Provinzino*
                                                  Laura M. Provinzino
                                                  United States District Judge