UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FATIMA DENISE C. O., | Case No. 26-cv-16 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security*; TODD LYONS, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, | |
| Respondents. | |

---

Graham Blair Ojala-Barbour and Sara Larson Glesne, **Ojala-Barbour Law Firm, St. Paul, MN**, for Petitioner.

Ana H. Voss and Lucas B. Draisey, **United States Attorney's Office, Minneapolis, MN**, for Respondents.[1]

     Petitioner Fatima Denise C. O. is a native and citizen of Mexico who entered the United States without inspection in July 2022. *See* ECF No. 1 ¶¶ 44–45; ECF No. 7 ¶ 4. She has remained law-abiding since entering the United States, and she is married to a

---

[1] When used in this Order, "Respondents" or "Government" refer to the federal officials named as Respondents. Respondent Joel Brott, the Sherburne County Sheriff, has not participated in these proceedings.

United States citizen. ECF No. 7 ¶ 5; ECF No. 7-1 at 2. Fatima Denise C. O. was arrested by immigration officials on January 2, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *See* ECF No. 1 ¶ 1.

Fatima Denise C. O. alleges that she is being detained pursuant to 8 U.S.C. § 1225(b)(2), which mandates her detention. *See, e.g.*, *id.* ¶ 58. Fatima Denise C. O. alleges that she is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead is entitled to a bond hearing under 8 U.S.C. § 1226(a). *See id.* ¶¶ 48–58. Fatima Denise C. O. accordingly petitioned for a writ of habeas corpus, contending that she falls within a class of noncitizens eligible for bond under 8 U.S.C. § 1226(a). *See generally* ECF No. 1. The Court ordered the Government to answer the petition no later than January 8, 2026. ECF No. 4. The Government responded, arguing that Fatima Denise C. O. is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). ECF No. 6 at 1; *see Matter of Yajure Hurtado*, 29 I. & N. Dec. 216, 229 (B.I.A. 2025).

As the Government acknowledges, this Court has already ruled that similarly situated petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead are eligible for bond under 8 U.S.C. § 1226(a). *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). The Government candidly admits that there is no material distinction between this case and those cases. ECF No. 6 at 1. Accordingly, the Court adopts the same

reasoning here and concludes that Fatima Denise C. O. is entitled to a bond hearing under Section 1226(a).[2]

## ORDER

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Fatima Denise C. O.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

    a. The Court **DECLARES** that Fatima Denise C. O. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

    b. The Government is ordered to provide Fatima Denise C. O. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of her release no later than January 16, 2026.

    c. If the Government does not provide Fatima Denise C. O. with a bond redetermination hearing as required by this Order, she must be immediately released from detention.

    d. No later than January 19, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted

---

[2] The Court allowed Fatima Denise C. O. to file a reply brief no later than January 12, 2026. ECF No. 4. But the Government's response plainly demonstrates that Fatima Denise C. O. is entitled to relief. Finding no just cause for delay, the Court enters this Order now.

pursuant to this Order, or if no bond hearing was held, advise the Court regarding Fatima Denise C. O.'s release.[3]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 9, 2026
                                       *s/Laura M. Provinzino*
                                       Laura M. Provinzino
                                       United States District Judge

---

[3] Fatima Denise C. O. sought several other forms of relief in her habeas petition. To the extent that Fatima Denise C. O. seeks immediate release from custody, ECF No. 1 at 17, that request is denied. *See Roberto M. F.*, 2025 WL 3524455, at *5. To the extent that Fatima Denise C. O. requested that the Court issue an order restraining the Government from moving her outside of Minnesota during the pendency of this petition, ECF No. 1 at 17, that request is denied as moot, as the petition has now been adjudicated, and Fatima Denise C.O. is currently detained at the Douglas County Jail in Superior, Wisconsin, ECF No. 7 ¶ 6. Finally, the Court need not adjudicate Fatima Denise C. O.'s constitutional claim, ECF No. 1 ¶¶ 59–66, given that the Court has ruled for Fatima Denise C. O. on her statutory claim. *See United States v. Turechek*, 138 F.3d 1226, 1229 (8th Cir. 1998).