# UNITED STATES DISTRICT COURT
## District of Minnesota

Fatima Denise Cortes Ortiz,

                Petitioner(s),

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons, and David Easterwood,

                Respondent(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00016-LMP-DLM

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Fatima Denise C. O.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

    a. The Court DECLARES that Fatima Denise C. O. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

    b. The Government is ordered to provide Fatima Denise C. O. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of her release no later than January 16, 2026.

    c. If the Government does not provide Fatima Denise C. O. with a bond redetermination hearing as required by this Order, she must be immediately released from detention.

    d. No later than January 19, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Fatima Denise C. O.'s release.

Date: 1/12/2026

KATE M. FOGARTY, CLERK